UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DOMINICK VALENTI,**

    **Plaintiff(s),**

**v.**                                                 **CASE NO: 8:04-cv-1615-T-30TGW**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA,**

    **Defendant(s).**
_____/

**O R D E R**

In open court, after a jury was selected and sworn, the Court was advised by the parties that a settlement agreement had been reached. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 13, 2007.

                                                           JAMES S. MOODY, JR.
                                                           UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Odd\2004\04-cv-1615.Order Dismiss.wpd